UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PHILLIP IGBINADOLOR,

                         Plaintiff,

-against-

SONY CORPORATION, et al.,

                         Defendants.
-------------------------------------------------------------X

JUDGMENT
04-CV-3556 (FB)
04-CV-3557 (FB)
04-CV-3559 (FB)
04-CV-3561 (FB)
04-CV-3562 (FB)
(consolidated)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 22, 2005, granting the defendants' motions for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motions for summary judgment are granted.

Dated: Brooklyn, New York
       July 25, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court